UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JUAN MALDONADO | )  BANKRUPTCY NO.: 10-24791 |
| | ) |
| Debtor | ) |

### NOTICE OF DEPOSIT OF LESS THAN $5.00
### TO UNITED STATES BANKRUPTCY COURT
### CLERK'S REGISTRY CHECKING ACCOUNT

Comes now Daniel L. Freeland, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each:

Creditor: Medical Specialists
    c/o Komyatte & Casbon
Claim No.: 7
Amount of Distribution: $4.87

Creditor: Community Hospital
    c/o Komyatte & Casbon
Claim No.: 8
Amount of Distribution: $1.49

Creditor: Community Healthcare
    c/o Komyatte & Casbon
Claim No.: 9
Amount of Distribution: $2.99

Creditor: Verizon Wireless
Claim No.: 12
Amount of Distribution: $3.91

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 to paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

Dated: October 25, 2011

      /s/ Daniel L. Freeland
      Daniel L. Freeland, Trustee
      9105 Indianapolis Blvd.
      Highland, IN 46322
      Telephone: (219) 922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011, a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
and by regular first class mail upon:
Medical Specialists, c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322
Community Hospital, c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322
Community Healthcare, c/o Komyatte & Casbon, 9650 Gordon Drive, Highland, IN 46322
Verizon Wireless, P.O. Box 3397, Bloomington, IL 61702

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee